UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| FINANCIAL GUARANTY INSURANCE COMPANY, : | |
| : | 12 Civ. 9729 (PAC) |
| Plaintiff, : | ECF Case |
| : | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| – against – : | |
| : | |
| ALLY FINANCIAL, INC., et al., : | |
| Defendants. : | |

– – – – – – – – – – – – – – – – – – – – x

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Financial Guaranty Insurance Company hereby dismisses this action with prejudice.

Dated: New York, New York
       January 23, 2014

                                  JONES DAY


                                  By: /s/  Howard F. Sidman
                                      Jayant W. Tambe
                                      Stephen J. Pearson
                                      Howard F. Sidman
                                      222 East 41st Street
                                      New York, New York 10017
                                      (212) 326-3939

                                      *Attorneys for Plaintiff*
                                      *Financial Guaranty Insurance Company*